**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08MJ0529 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| **MARIO C. CARTAGENA-CASTILLO**, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  February 26, 2008        /s/   Robert R. Henssler, Jr.
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org
Attorneys for Defendant

1

**CERTIFICATE OF SERVICE**

2

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that a copy of the foregoing document has been served this day upon:

4

U S Attorneys Office Southern District of California
880 Front Street

5

Room 6293
San Diego, CA 92101

6

(619)557-5610
Fax: (619)557-5917

7

Email: Efile.dkt.gc2@usdoj.gov

8

9

DATED: February 26, 2008                    */s/ Robert R. Henssler, Jr.*
                                            **ROBERT R. HENSSLER, JR.**

10

                                            Federal Defenders of San Diego, Inc.
                                            Robert_Henssler@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28